**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2008**

FRANK LATHAM HINTON,

Plaintiff - Appellant,

v.

ERNESTO LUCIANO-PEREZ, M.D.; COMMONWEALTH OF VIRGINIA DEPARTMENT OF HEALTH PROFESSIONS; INVESTIGATOR FOR THE DEPARTMENT OF HEALTH PROFESSIONS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:22-cv-00150-RBS-LRL)

Submitted:  January 17, 2023                    Decided:  January 19, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frank Latham Hinton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Latham Hinton appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(h)(3) and denying his request that the district judge recuse herself.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Hinton v. Luciano-Perez*, No. 2:22-cv-00150-RBS-LRL (E.D. Va. Sept. 9, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*